of Appeal, Third Circuit, Parish of Acadia. 220 So.2d 134.

Application denied. On the facts found by the Court of Appeal the result is correct.

222 So.2d 883

**Curtis DESORMEAUX**

**v.**

**AMERICAN MUTUAL LIABILITY INSURANCE COMPANY et al.**

**No. 49819.**

June 9, 1969.

In re: Curtis Desormeaux applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 220 So.2d 170.

The application is denied. We construe the order of the Court of Appeal to dismiss the suspensive appeal. The devolutive appeal remains in effect and that Court has reserved to plaintiff the right to invoke its supervisory jurisdiction.